UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.  05-386 (ESH) |
| v. | |
| | **FILED UNDER SEAL** |
| DEMETRIS JOHNSON | |
| **Defendant.** | |
| _____/ | |

## ORDER

Based on the representations in the government's motion to seal the plea agreement, information and other pleadings, records, proceedings and files and to delay entry on the public docket of the filing of this motion to seal, this Court makes the following:

## FINDINGS OF FACT

Pursuant to the plea agreement in this case, the defendant has agreed to cooperate with the United States in prosecuting other targets of the government's investigation.  The general public is not aware that the defendant has agreed to cooperate with the United States in this case.

The defendant's cooperation includes testifying at trial against these individuals, which due to the nature of his testimony, may pose a substantial risk to the personal safety of the defendant, third parties, undercover agents and other law enforcement officials.

The public docketing at this time of any notice that the government has filed a motion to seal the plea agreement and other pleadings, records, proceedings and to delay entry on the public docket of the filing of this motion to seal, as well as the Order granting such motion will likely substantially jeopardize the safety of the defendant and place the personal safety of parties involved at substantial risk.

Based on the representations in the government's motion, and this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the plea agreement, information, pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this \_\_\_\_ day of _____, 2006,

**ORDERED** that this Order, and the attached government motion to seal the plea agreement, information under the new case number, and other pleadings, recordings, proceedings, and files and to delay entry on the public docket of the filing of this motion to seal shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further **ORDERED** that the plea agreement, all proceedings and all pleadings, records and files in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court.

It is further **ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the government's motion to seal and the Order granting such motion, information, and other pleadings filed under seal in this case until further order of this Court.

It is further **ORDERED** that notwithstanding the other provisions of this **ORDER**, the government shall be permitted to request a transcript of the plea proceedings in this case, the Court Reporter shall be permitted to prepare such a transcript and provide it to the government, and there may be a limited lifting of this sealing order to allow the government to comply with noticing and publishing requirements to effectuate any consent order of forfeiture that may be filed as part of this case, or to comply with its discovery, Giglio and Brady obligations in any pending criminal case in which the defendant herein may be called as a witness.

It is further **ORDERED**, that notwithstanding other provisions of this order, absent good cause shown after notice to the parties herein and an opportunity for a hearing, this matter shall be unsealed 24 months after the final imposition of sentence.

_____
Ellen Segal Huvelle
United States District Court
for the District of Columbia

Copies to:

Rachel Carlson Lieber           Michael Blumenthal, Esq.
U.S. Attorney's Office          8201 Corporate Derive, Suite 1120
555 4th Street, N.W.            Landover, MD 20785
Room 4820                       Counsel for the Defendant
Washington, D.C. 20530