UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEALED

UNITED STATES OF AMERICA

**FILED**

JUN 0 1 2006

v.

Demetruis Johnson

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Defendant**

CR No. 06-130

## CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE FOR INQUIRY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 11

The United States Magistrate Judge has explained to me that I am charged with a felony and that the Magistrate Judge, with my consent, may report and recommend that my plea of guilty to a felony be accepted. I hereby consent to the Magistrate Judge exercising this authority in my case.

## WAIVER OF RIGHT TO TRIAL BY JURY

The Magistrate Judge has advised me of my right to trial by jury.

I HEREBY Waive (give up) my right to trial by jury:   X _Demetruis Johnson_
Defendant's Signature

Consented to by the United States:   _____
Signature of Government Counsel

John V. Geise  AUSA
Print Name and Title

## REPORT AND RECOMMENDATION

On _Jun 1, 2006_ (date) the defendant appeared before me and expressed his/her desire to plead guilty. Having made the inquiries required by Fed. R. Crim. P. 11, I am convinced that the defendant is pleading guilty voluntarily with a full awareness of the consequences and of the rights he/she is surrendering by plead of guilty. I am also certain, based on the government's proffer, that there is sufficient evidence to convince a reasonable person that the defendant is guilty beyond a reasonable doubt. I therefore recommend the acceptance of his plea of guilty.

_____
United States Magistrate Judge