AO 455 (Rev. 5/85) Waiver of Indictment

SEALED

# United States District Court

DISTRICT OF  Columbia

FILED
JUN 0 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
v.
Demetrius Johnson

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-130

I, _Demetrius Johnson_, the above named defendant, who is accused of

Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/1/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer