SEALED

FILED
JUN 0 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States v. Demetris Johnson, Criminal No. 06- (ESH)

06-130

Statement of Facts

The parties agree that the following facts are true and accurate:

Beginning around August of 2005, Demetris Johnson began to receive wholesale quantities of cocaine hydrochloride from Antoine Jones, usually in the District of Columbia or Maryland. Johnson would usually repackage the cocaine for sale to customers of his own.

On October 24, 2005, when law enforcement officers executed a search warrant on Johnson's home located at 10441 Crescent Parkway, Waldorf, Maryland, they found 622.6 grams of cocaine hydrochloride, $12,545.00, in cash, a digital scale, and drug packaging material. The cocaine recovered had been supplied to Johnson by Jones. During the course of his relationship with Jones, the quantity of cocaine Johnson obtained from Jones slightly exceeded 15 kilograms.

_____          6/1/06
Demetris Johnson                       Date

_____          6/1/06
Michael Blumenthal, Esq.                Date
Counsel for Demetris Johnson

_____          5/25/06
John V. Geise                          Date
Assistant United States Attorney