UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                              )<br>                                              )<br>          v.                              )   Criminal No. 06-00130 (ESH)<br>                                              )   **UNDER SEAL**<br>DEMETRIS JOHNSON,         )<br>                                              )<br>          Defendant.               )<br>_____) | **FILED**<br><br>JAN 2 6 2007<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

In a hearing before Magistrate Judge John M. Facciola on June 1, 2006, defendant entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

                                                                    _____
                                                                    ELLEN SEGAL HUVELLE
                                                                    United States District Judge

Date: January 26, 2007