**HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB 2 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 06-CR-130 |
| vs. | : | SSN: |
| JOHNSON, Demetris | : | Disclosure Date: January 24, 2008 |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          2/5/08
Prosecuting Attorney                        Date

**For the Defendant**

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment

_____    _____    _____    _____
Defendant                    Date       Defense Counsel              Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **February 7, 2008**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
      United States Probation Officer

Receipt and Acknowledgment                                                Page 2

To my knowledge, Mr. Johnson did not possess or use a weapon in connection with this offense, so he should not get the "gun bump."

Signed by: _____Darnell_____
(Defendant/Defense Attorney/AUSA)

Date: 2/5/08