02/12/2008 TUE 11:15  FAX 2022730242                                                                    ☒016/017

## HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

# FILED

UNITED STATES OF AMERICA    :   Docket No.: 06-CR-130

                            :

            vs.    :   SSN:

                            :

JOHNSON, Demetris    :   Disclosure Date: January 24, 2008

**FEB 2 9 2008**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned
further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)
     ( )   There are no material/factual inaccuracies therein.
     ( )   There are material/factual inaccuracies in the PSI report as set forth in the
         attachment herein.

_____    _____
Prosecuting Attorney                                     Date

### For the Defendant
(CHECK APPROPRIATE BOX)
     ( )   There are no material/factual inaccuracies therein.
     ( )   There are material/factual inaccuracies in the PSI report as set forth in the
         attachment.

_____    _____
Defendant            Date           Defense Counsel          Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by **February 7, 2008**, to U.S. Probation Officer **Renee
Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

## FOR THE COURT

By:    Gennine A. Hagar, Chief
        United States Probation Officer